| | | | |
|---|---|---|---|
| Consol. Reports and Return by Tax Claims Bureau of Northumberland County, In re; Neff, In re........ | 07/12/2016 | 141 MAL (2016) | Denied | Pa.Cmwlth., 132 A.3d 637 |
| Davis v. W.C.A.B. (PA Social Services Union)...... | 06/08/2016 | 38 WAL (2016) | Denied | Pa.Cmwlth., 131 A.3d 537 |
| Diefenderfer v. Palmer Twp. Bd. of Supervisors .... | 07/06/2016 | 67 MAL (2016) | Denied | Pa.Cmwlth., 127 A.3d 881 |
| Downingtown Area School Dist. v. Chester County Bd. of Assessment Appeals; LTK Associates LP, In re | 06/13/2016 | 62 MAL (2016) | Denied | Pa.Cmwlth., 131 A.3d 152 |
| Fields v. W.C.A.B. (Abington School Dist.) ............ | 07/06/2016 | 168 MAL (2016) | Denied | No. 785 CD 2015 |
| Hartman v. Zoning Hearing Bd. of Cumru Twp....... | 06/23/2016 | 187 MAL (2016) | Denied | Pa.Cmwlth., 133 A.3d 806 |
| Kuehner v. SCI Dallas.............. | 07/06/2016 | 169 MAL (2016) | Denied | No. 1785 CD 2015 |
| Lauchle, In re; Curtis, In re ......... | 06/27/2016 | 93 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 161 |
| Lauchle, In re; Curtis, In re ......... | 06/27/2016 | 94 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 161 |
| Monger v. Upper Leacock Twp. .... | 06/22/2016 | 107 MAL (2016) | Denied | No. 374 CD 2015 |